IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cr-331-4BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | JOINT MOTION TO CONTINUE |
| | ) | ARRAIGNMENT |
| JORDAN DEAN MILLER | ) | |

***Comes Now,*** Defendant Jordan Dean Miller, through attorney Benjamin J. Gray, and pursuant to Local Rule 47.1(h), moves for to continue the arraignment hearing, stating as follows:

1. Defendant and Counsel came for initial appearance before this court on November 13, 2019.

2. Under the Court's Notice of Hearing delivered February 4, 2020, the arraignment is set for February 12, 2020.

3. Defendant and Counsel are still engaged in negotiations and discussions with the government about the resolution of this case.

4. Defendant and counsel respectfully request that the arraignment be continued at least (42) days through and including March 25, 2020.

5. Counsel for Defendant has contacted Assistant United States Attorney Gabe Diaz prior to filing this motion.

6. Mr. Diaz is aware of this request and advises that the government consents to this request and joins in the motion.

7. This motion is made in good faith and not for purpose of delay. Neither the Defendant nor the Government will be prejudiced by granting this request.

*Wherefore*, Defendant respectfully requests this Court find this request is for good cause and that this matter be continued accordingly to a date that the Court deems appropriate. The ends of justice served by this motion outweigh the interests of the public and the Defendant in a speedy trial as set forth in Title 18 U.S.C. § 3161 (h)(7)(A).

/s/ Benjamin J. Gray
Benjamin J. Gray
Benjamin J. Gray, LLC
P.O. Box 717
Kirksville, Mo. 63501
660-627-3840
bengray@kirksvilleattorney.com
Missouri Bar. No. 52941
Attorney for Defendant Jordan Dean Miller

/s/ Damon Chetson
Damon J. Chetson
Local Rule 57.1(d) Counsel NC Bar #39575
19 W. Hargett St., Suite 508 Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 249-1396
E-Mail: damon@chetson.com