UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-331-4BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| JORDAN DEAN MILLER ) | |

### COUNT ONE

On or about September 11, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, JORDAN DEAN MILLER, aiding and abetting M.S.M., did knowingly possess an identification document, to wit a birth certificate and social security card, with the intent the document or feature be used to defraud the United States, and the identification document was not issued lawfully for the use of M.S.M.

All in violation of Title 18, United States Code, Section 1028(a)(4), and Title 18, United States Code, Section 2.

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich* for
BY: GABRIEL J. DIAZ
Assistant United States Attorney

1